**No. 09-9318. Troy Dewyon Drew, Petitioner v. Larry Mullins, et al.**

561 U.S. 1046, 131 S. Ct. 35, 177 L. Ed. 2d 1125, 2010 U.S. LEXIS 5624.

July 26, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1108, 130 S. Ct. 2406, 176 L. Ed. 2d 926, 2010 U.S. LEXIS 3830.

**No. 09-9319. Troy Dewyon Drew, Petitioner v. John M. Jabe, et al.**

561 U.S. 1046, 131 S. Ct. 35, 177 L. Ed. 2d 1125, 2010 U.S. LEXIS 5605.

July 26, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1108, 130 S. Ct. 2406, 176 L. Ed. 2d 926, 2010 U.S. LEXIS 3728.

**No. 09-9329. Wiley Curry, Petitioner v. Gables Residential Services, Inc.**

561 U.S. 1046, 131 S. Ct. 35, 177 L. Ed. 2d 1125, 2010 U.S. LEXIS 5591.

July 26, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1108, 130 S. Ct. 2407, 176 L. Ed. 2d 927, 2010 U.S. LEXIS 3701.

**No. 09-9442. Christopher Ysais, Petitioner v. Matthew Reynolds, et al.**

561 U.S. 1046, 131 S. Ct. 35, 177 L. Ed. 2d 1125, 2010 U.S. LEXIS 5567.

July 26, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1111, 130 S. Ct. 2414, 176 L. Ed. 2d 931, 2010 U.S. LEXIS 3814.

**No. 09-9452. Nathaniel Gaither, Petitioner v. United States.**

561 U.S. 1046, 131 S. Ct. 35, 177 L. Ed. 2d 1125, 2010 U.S. LEXIS 5599.

July 26, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1056, 130 S. Ct. 2360, 176 L. Ed. 2d 574, 2010 U.S. LEXIS 3010.

**No. 09-9458. Sally Norton, Petitioner v. Fannie Mae.**

561 U.S. 1046, 131 S. Ct. 35, 177 L. Ed. 2d 1125, 2010 U.S. LEXIS 5575.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 907, 130 S. Ct. 3279, 176 L. Ed. 2d 1189, 2010 U.S. LEXIS 3992.